**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Hossein Imani, | |
| Petitioner, | No. CV 26-01933 PHX DJH (CDB) |
| v. | **ORDER** |
| John E. Cantu, et al., | |
| Respondents. | |

In an order entered March 31, 2026, the Court ordered counsel for Petitioner to "immediately serve the Petition upon Respondents." (ECF No. 4 at 2). To date there is no return of service as executed in the docket in this matter. Accordingly,

**IT IS ORDERED that** Petitioner's counsel shall have until **April 17, 2026**, to advise the Court as to the status of service in this matter.

Dated this 10th day of April, 2026.

Camille D. Bibles
United States Magistrate Judge