**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hossein Imani, | No. CV-26-01933-PHX-DJH |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

On May 4, 2026, United States Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") recommending the Court grant Petitioner Hossein Imani's ("Petitioner") Petition for Writ of Habeas Corpus (Doc. 1). (Doc. 10 at 23). No objections have been filed and the time to do so has expired. The Court will therefore adopt the R&R. *See Schmidt v. Johnstone,* 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** that the Report and Recommendation (Doc. 10) is **adopted**, and the Petition for Writ of Habeas Corpus (Doc. 1) is **granted**. Within **seven (7) days** of this Order, Respondents shall release Petitioner on bond or under supervision or on recognizance. Respondents shall file a Notice of Compliance within three (3) days of Petitioner's release.

/ / /

/ / /

**IT IS FINALLY ORDERED** the Clerk of Court is directed to enter judgment accordingly and terminate this matter.

Dated this 19th day of May, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -